UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALLEN STEEVES, Acting Trustee of Brother's Keeper Ministries<br><br>                            Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE<br><br>                            Defendant. | Case No.:  20cv978-LAB<br><br>**ORDER REQUIRING SUBSTITUTION OF COUNSEL** |

Plaintiff Dean Allen Steeves appears *pro se* in his role as trustee of Brother's Keeper Ministries.  On behalf of the Ministries, he seek to quash an I.R.S. subpoena. This is the second case in this District in which Steeves has attempted to represent the Ministry *pro se*. In the earlier case, 20cv204-LAB (BGS), the Court ordered Steeves to retain counsel (*see* Docket no. 7 in that case), and he did so. Later, the I.R.S. withdrew the subpoena and the case was dismissed as moot. Now, it appears the I.R.S. has issued a new subpoena requiring Wells Fargo Bank to provide records pertaining to the Ministry, and Steeves seeks to quash that subpoena as well.

As Steeves is aware, he may not represent an organization regardless of how it is denominated.  *See C.E. Pope Equity Trust v. United States*, 818 F.2d

696, 697–98 (9th Cir. 1987) (trustee may not appear pro se in federal court on behalf of a legal entity, such as an organization or a trust).  *See also Kay v. Ehrler*, 499 U.S. 432, 436 n.7 ("[A]n organization . . . is always represented by counsel . . . ."); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004) (noting "longstanding rule" that associations must appear in court through an attorney).

Steeves is **ORDERED** to retain counsel immediately, who must be a licensed attorney admitted to appear before this Court. His new attorney must substitute in as counsel no later than **June 15, 2020**.  If he does not do so, this action will be dismissed for failure to prosecute, and for failure to obey the Court's order.

**IT IS SO ORDERED**.

Dated:  June 2, 2020

Honorable Larry Alan Burns
Chief United States District Judge